CO-40
New 10/76

RULE 55 A (DEFAULT)

# United States District Court for the District of Columbia

CARMON & CARMON
*Plaintiff*

vs.

DENNIS CAMPBELL
*Defendant*

CIVIL ACTION No. 06-769 CKK

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the __18TH__ day of __MAY__, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this __15TH__ day of __JUNE__, 2006 declared that __DENNIS CAMPBELL__

defendant herein is ~~are~~ in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO-547
Rev. 3/84

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARMON & CARMON
_____
Plaintiff

vs

DENNIS CAMPBELL
_____
Defendant

Civil Action No. 06-769
                 CKK

In re:
DENNIS CAMPBELL
_____
(Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 15TH day of JUNE, 2006, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case).

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____.

_____
Attorney for Plaintiff
JOHN C. LOWE

5920 SEARL TERRACE

BETHESDA MD 20816
Address

CO-538
Rev.3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARMON & CARMON
_____
Plaintiff(s)   )
)
vs.            )   Civil Action No. 06-769 CKK
)
DENNIS CAMPBELL
_____
Defendant(s)   )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _15TH_ day of _JUNE_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _DENNIS CAMPBELL_

was [were]: [personally served with process on _MAY 18, 2006_ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].

OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgement Form was signed by addressee);
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____.]

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s)[signature]
JOHN C. LOWE

427019