CO-538
Rev.3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARMON & CARMON
_____
Plaintiff(s)   )
)
vs.   )   Civil Action No. 06-769 CKK
)
DENNIS CAMPBELL
_____
Defendant(s)   )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __15TH__ day of __JUNE__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __DENNIS CAMPBELL__

was [~~were~~]: [personally served with process on __MAY 18, 2006__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgement Form was signed by addressee); _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.]

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s)[signature]

JOHN C. LOWE

427019