AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carmon & Carmon

**SUMMONS IN A CIVIL CASE**

V.

Dennis Campbell
Schweigmuhlweg 6A      )
5020 Salzburg, Austria      )
Serve: Mark Schonfeld, Esq.   )
Burns & Levinson LLP      )
125 Summer Street      )
Boston, MA 02110

CASE NUMBER: 06- 769 CKK

TO: (Name and address of Defendant)

Dennis Campbell
Schweigmuhlweg 6A
5020 Salzburg, Austria
Serve: Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John C. Lowe
John Lowe, P.C,
5920 Searl Terrace
Bethesda, MD 20816

RECEIVED
JUN 1 5 2006
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 15 2006
_____           _____
CLERK                                      DATE

_Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 18, 2006 |
| NAME OF SERVER (PRINT) Jill LeBlanc | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by delivering copies in hand to Mark Schonfeld, Esq. at Burns + Levinson LLP, 125 Summer Street, Boston, MA 02110

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 18, 2006        /s/ Jill M LeBlanc
            Date                    Signature of Server

11 Beacon St., Boston MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.