IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMON & CARMON, A PARTNERSHIP** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v.                                                                                  ) | CA 06-0769CKK |
| ) | |
| **DENNIS CAMPBELL** ) | |
| **Schweigmuhlweg 6A** ) | |
| **5020 Salzburg, Austria** ) | |
| **Serve:  Mark Schonfeld, Esq.** ) | |
| **Burns & Levinson LLP** ) | |
| **125 Summer Street** ) | |
| **Boston, MA 02110** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR DEFAULT JUDGMENT

1. On April 27, 2006, Plaintiff filed a complaint against Dennis Campbell alleging breach of contract and trademark infringement.  Docket Item No. 1.

2. On May 18, 2006, Defendant Dennis Campbell was duly served with the Complaint in this action by service on his designated agent for purposes of service of process, Mark Schonfeld, Esq., of Boston, MA.

3. No responsive pleadings were filed within the 20 days prescribed by law and, accordingly, Defendant Dennis Campbell is in default.  Fed. R. Civ. P. 12(a).  The clerk has entered a default in the case.  Docket Item No. 9.

WHEREFORE, Plaintiff requests that the Court enter a judgment of default against Mr. Campbell, and grant Plaintiff the following relief:

1. Enter judgment of default as to liability on each count and allegation in the Complaint based on the foregoing.

    2.    Order the following relief for Plaintiff, based on the foregoing default:

    a.    Enter an order requiring Defendant, his former and present lawyers, and others acting in concert with him to produce documents and things referring or relating to

    (1)    the conception of the term "Globalaw,"

    (2)    use of the term "Globalaw" by Carmon & Carmon, Haggai Carmon, or Rakeffet Carmon,

    (3)    the date of first use of the term "Globalaw" by Defendant in the United States, and

    (4)    Defendant's awareness of use of the term "Globalaw" by Carmon & Carmon, Haggai Carmon, or Rakeffet Carmon.

    (5)    The awareness by Jackson Walker, L.L.P., and Ballard, Spahr, Andrews & Ingersoll, L.L.P., of use of the term "Globalaw" by Carmon & Carmon, Haggai Carmon, or Rakeffet Carmon, including the first dates of such awareness.

    b.    Enter a permanent injunction enjoining Defendant and all persons acting in concert with him:

    (1)    From using the service mark "Globalaw" or any mark confusingly similar to that mark, and

    (2)    From representing by any means whatsoever, directly or indirectly, that Defendant or any activities undertaken by him or those acting in concert with him are associated with or connected in any way to Carmon & Carmon.

    c.    Enter an order requiring that Defendant surrender to Carmon & Carmon all advertisements or promotional materials, letterheads, documents, databases, web sites, curricula vitae, or other media or materials containing the service mark "Globalaw," within its possession

or control.

  d. Enter an order directing Defendant to file with this Court and serve on Carmon & Carmon through counsel, thirty days after the date of the entry of any injunction, a report in writing and under oath setting forth in detail the manner and form in which he has complied with the injunction.

  3. Finally, Plaintiff requests that the Court set a date for a hearing on determination of the quantum of damages, disgorgement of profits, attorneys fees, and costs to be awarded based on the foregoing finding of default.

Dated June 16, 2006  By: /s/ John C. Lowe
    John C. Lowe, Bar #427019
    ECF # lowej532**7**
    John Lowe, P.C.
    59920 Searl Terrace
    Bethesda MD 20816
    Telephone 301-320-5595
    Fax:  301-320-8878
    johnlowe@johnlowepc.com

    Laurence R. Hefter, Bar # 177402
    901 New York Avenue, N.W.
    11th Floor
    Washington, D.C. 20001-4413
    Telephone 202-408-4053
    Fax  202-408-4400
    laurence.hefter@finnegan.com

    Attorneys for Plaintiffs

## Service Certificate

  I certify that on June 16, 2006, I mailed a copy of the Plaintiff's Default Affidavit and Military Affidavit, Clerk's Finding of Default, and Plaintiff's Motion for Default Judgment and Memorandum in Support of Motion for Default Judgment to Mark Schonfeld, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110 (fax 617-345-3299).

      /s/ John C. Lowe