IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMON & CARMON, A PARTNERSHIP | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CA 06-0769CKK |
| DENNIS CAMPBELL, | ) ) ) | |
| Defendant. | ) | |

### MOTION FOR DEFAULT JUDGMENT

# Exh. C

1

## Lowe, John

**From:** Lowe, John
**Sent:** Friday, June 09, 2006 2:07 PM
**To:** 'Mark Schonfeld'
**Subject:** Responsive pleadings

Mark:

I write as a professional courtesy. By our calculation, responsive pleadings were due from Mr. Campbell June 7 on the action by the Carmons against Mr. Campbell served on you May 18, 2006. We have not received any responsive pleadings and are unaware of any being filed by Mr. Campbell. Does he plan to file responsive pleadings and defend the action?

--John