IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMON & CARMON, A PARTNERSHIP | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CA 06-0769CKK |
| | ) | |
| DENNIS CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

# Exh. D

1

## Lowe, John

**From:** Mark Schonfeld [mschonfeld@burnslev.com]
**Sent:** Friday, June 09, 2006 2:36 PM
**To:** Lowe, John
**Subject:** RE: Responsive pleadings

John:

Mr Campbell has not been served. No answer or other responsive pleading is due.

Mark

**Mark Schonfeld**
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

Telephone: 617-345-3329
Email: mschonfeld@burnslev.com

---

**From:** Lowe, John [mailto:JohnLowe@finnegan.com]
**Sent:** Friday, June 09, 2006 2:07 PM
**To:** Mark Schonfeld
**Subject:** Responsive pleadings

Mark:

I write as a professional courtesy. By our calculation, responsive pleadings were due from Mr. Campbell June 7 on the action by the Carmons against Mr. Campbell served on you May 18, 2006. We have not received any responsive pleadings and are unaware of any being filed by Mr. Campbell. Does he plan to file responsive pleadings and defend the action?

--John

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

6/14/2006