IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMON & CARMON, A PARTNERSHIP** )<br>  )<br>   **Plaintiff** )<br>  )<br>v.   )<br>  )<br>**DENNIS CAMPBELL** )<br>**Schweigmuhlweg 6A** )<br>**5020 Salzburg, Austria** )<br>**Serve:  Mark Schonfeld, Esq.** )<br>**Burns & Levinson LLP** )<br>**125 Summer Street** )<br>**Boston, MA 02110** )<br>  )<br>   **Defendant.** ) | CA 06-0769CKK |

## **ORDER**

The Motion of Globalaw Limited to Intervene or Stay Proceedings in this case is moot, as Defendant is in default.  See Docket Item No. 9.  Plaintiff has moved for default judgment.  Docket Item 10.

The motion did not comply with the Rules of Court in that (1) there was no recitation describing efforts to meet and confer with Plaintiff, and there never was any prefiling effort by Globalaw Limited to meet and confer and (2) there was no pleading filed with the motion, as required by Fed. R. Civ. P. 24.  Moreover, the motion has no declaration or other evidence to support a finding that Globalaw Limited is in danger of losing its property or rights as a result of this action.

Finally, the motion does not show that Globalaw Limited is acting in concert with Defendant or is likely ever again to act in concert with him, and does not show any harm that

1

2

will potentially come to the rights of Globalaw Limited or any loss of Globalaw Limited's property that will potentially be lost if it is not permitted to intervene in this action.

Accordingly, for all the foregoing reasons, the motion is denied.

SO ORDERED.

_____
United States District Judge

_____
Date