UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMON & CARMON, a Partnership,<br><br>  Plaintiff,<br><br>   v.<br><br>DENNIS CAMPBELL,<br><br>  Defendant. | Civil Action No. 06-769 (CKK) |

**ORDER**

Given the parameters of the Court's September 11, 2006 Memorandum Opinion and Order in the related case of *Globalaw Limited v. Globalaw Inc., et al.*, Civ. A. No. 03-950, it is, this 11th day of September, 2006, hereby

**ORDERED** that [4] Globalaw Limited's Motion to Intervene and Motion to Stay is DENIED WITHOUT PREJUDICE AS MOOT; it is further

**ORDERED** that by Monday, September 25, 2006, Plaintiff Carmon & Carmon is to submit a filing to the Court that shows cause why this case should not be dismissed without prejudice due to the principles of *res judicata* and/or collateral estoppel, and why [10] Plaintiff's Motion for Default Judgment should not be denied without prejudice.

**SO ORDERED**.

    /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge