IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMON & CARMON, A PARTNERSHIP, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | CA 06-0769CKK |
| ) | |
| DENNIS CAMPBELL, ) | |
| ) | |
|    Defendant. ) | |

## MOTION TO DISMISS COMPLAINT

Consistent with and in compliance with the Order and Opinion of this Court in the related case of *Globalaw Limited v. Carmon & Carmon Law Office, et al.*, CA 03-950 (CKK)(AK), Plaintiff moves the Court to Dismiss this present action against Defendant Dennis Campbell without prejudice.

Date: September 21, 2006

By: /s/ John C. Lowe
John C. Lowe, Bar #427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
Telephone   301-320-5595
Fax:   301-320-8878
johnlowe@johnlowepc.com

Laurence R. Hefter, Bar # 177402
901 New York Avenue, N.W.
11th Floor
Washington, D.C. 20001-4413
Telephone   202-408-4053
Fax   202-408-4400
laurence.hefter@finnegan.com

Attorneys for Plaintiff