IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CARMON & CARMON, A PARTNERSHIP,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | CA 06-0769CKK |
| | ) | |
| **DENNIS CAMPBELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Consistent with and in compliance with the Order and Opinion of this Court in the related case of *Globalaw Limited v. Carmon & Carmon Law Office, et al.*, CA 03-950 (CKK)(AK), Plaintiff has moved the Court to Dismiss this present action against Defendant Dennis Campbell without prejudice.

    ORDERED:   This case is dismissed without prejudice.

    Date:  September _____, 2006         _____
                                                                 Judge